United States Courts
Southern District of Texas
FILED
May 28, 2024
Nathan Ochsner, Clerk of Court
75

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. **M-24-785** |
| § § | |
| ELIEL ABISAI ZUNIGA-ALVAREZ § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 3, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ELIEL ABISAI ZUNIGA-ALVAREZ**

knowingly being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce, multiple firearms and ammunition, namely, a Glock, model 27 Gen 4, .40 caliber pistol; a Glock, Model 43x, 9mm caliber pistol; a SCT, P80, 9mm caliber pistol; a SCT, P80, 9mm caliber pistol; 68,040 rounds of Igman 7.62 caliber ammunition; 62,000 rounds of .223 ammunition; 10,000 rounds of 5.56 caliber ammunition; and 4,734 rounds of .50 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

### Count Two

On or about May 3, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ELIEL ABISAI ZUNIGA-ALVAREZ**

did fraudulently and knowingly receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of any merchandise, article, or object, to wit: a Glock, model 27 Gen 4, .40 caliber pistol; a Glock, Model 43x, 9mm caliber pistol; a SCT, P80, 9mm caliber pistol; a SCT, P80, 9mm caliber pistol; 68,040 rounds of Igman 7.62 caliber ammunition; 62,000

rounds of .223 ammunition; 10,000 rounds of 5.56 caliber ammunition; and 4,734 rounds of .50 caliber ammunition, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, namely, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## NOTICE OF FORFEITURE
### 19 U.S.C. § 1595a(d); 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)

Pursuant to 19 U.S.C. § 1595a(d), 18 U.S.C. 924(d)(1), and 28 U.S.C. § 2461 the United States gives notice to defendant,

**ELIEL ABISAI ZUNIGA-ALVAREZ**

and that upon conviction of the violations listed in Counts 1 or 2 of the Indictment, all firearms and ammunition involved in said violation are subject to forfeiture, including, but not limited to, the following:

a Glock, model 27 Gen 4, .40 caliber pistol bearing serial number SNA104;
a Glock, Model 43x, 9mm caliber pistol bearing serial number BWLB330;
a SCT, P80, 9mm caliber pistol bearing serial number AAA0014523;
a SCT, P80, 9mm caliber pistol bearing serial number AAA0014524;
68,040 rounds of Igman 7.62 caliber ammunition;
62,000 rounds of .223 ammunition;
10,000 rounds of 5.56 caliber ammunition; and
4,734 rounds of .50 caliber ammunition.

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY